**Lucky IRORERE, Petitioner—Appellant,**

v.

**Troy WILLIAMSON, Warden, Respondent—Appellee.**

No. 04–6351.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 12, 2004.

Decided: Aug. 18, 2004.

Lucky Irorere, Appellant pro se.

Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM:

Lucky Irorere, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Irorere v. Williamson,* No. CA–03–538 (S.D.W.Va. Feb. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*